# First District Court of Appeal
## State of Florida

_____

No. 1D18-2710
_____

K.C.H., a child,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Nassau County.
Steven Fahlgren, Judge.

March 21, 2019

Per Curiam.

Affirmed.

B.L. Thomas, C.J., and Ray and Winokur, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.